# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEROME WOLFE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3366** |
| **WARDEN, BURL CAIN** | **SECTION "I" (6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the State submit a supplemental response addressing the merits of petitioner's claim no later than October 15, 2010.

New Orleans, Louisiana, this ___21st___ day of September, 2010.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE