UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JEROME WOLFE                                                    CIVIL ACTION

VERSUS                                                          NO. 09-3366

BURL CAIN, WARDEN                                               SECTION "I" (6)

### ORDER

The Court, having considered the petition, the record, the applicable law, the original Report and Recommendation of the United States Magistrate Judge, petitioner's objections, the Supplemental Report and Recommendation of the United States Magistrate Judge, and the petitioner's supplemental objections, which are hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Jerome Wolfe for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this ___15th___ day of February, 2011.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE